AO 442 (Rev 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>RASHAWN B. RUSSELL, aka Goldie<br>*Defendant* | )<br>)<br>) Case No. 2:09-MJ-589<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RASHAWN B. RUSSELL, aka Goldie,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

distribution of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. 841(a)(1) and (b)(1)(C)

Date: August 31, 2009

City and state: Columbus, Ohio

*Issuing officer's signature*

MARK R. ABEL, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
JAMES BONINI
CLERK

2009 AUG 31 A 11: 56

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| | |
|---|---|
| United States of America<br>v.<br>RASHAWN B. RUSSELL,<br>aka Goldie<br><br>Defendant | )<br>)<br>) Case No. 2:09-mj-589<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 06/09/2009 in the county of Franklin in the Southern District of Ohio, the defendant violated 21 U.S.C. § 841(a)(1) & (b)(1)(C), an offense described as follows:

distribution of cocaine, a Schedule II controlled substance.

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

JOHN WEST, FBI Task Force Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: August 31, 2009

_____
Judge's signature

City and state: Columbus, Ohio

MARK R. ABEL, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

**STATE OF OHIO** )
)
**COUNTY OF FRANKLIN** )

I, John West, being duly sworn, depose and state that:

1. I, John West, am a Detective with the Franklin County Sheriff's Office (FCSO), assigned to the Federal Bureau of Investigation Violent Crimes Task Force for the Southern District of Ohio, Eastern Division. I have been employed with the FCSO since October 1988. In June 1994, I was assigned as a detective with the FCSO Special Investigations Unit (SIU) working undercover narcotics investigations. During my 15 years as a detective with the FCSO Special Investigations Unit, I have worked numerous drug investigations which resulted in convictions in local, state, and federal court. In 2003, I was assigned as a drug interdiction canine officer within the FCSO Special Investigative Unit. In my current assignment working with the Violent Crimes Task Force, I have been deputized to handle matters under the jurisdiction of the Federal Bureau of Investigation (FBI).

2. In 2008, a cooperating source (hereafter referred to as CS #1) advised that he/she had been contacted by an individual known to him as Goldie, subsequently identified as Rashawn Russell. Goldie had offered to supply CS #1 with ounces of cocaine. At the time, CS #1 was cooperating with the Federal Bureau of Investigation (FBI) pursuant to a plea agreement, in which CS #1 agreed to plead guilty to federal narcotics trafficking offenses in return for consideration at the time of sentencing.

3. In the summer of 2009, under the supervision of investigating agents, CS #1 has placed several recorded telephone calls to Goldie and arranged to make a controlled purchase of cocaine from Goldie at his residence located at 5271 Gobel Drive Groveport, Ohio.

4. The first purchase occurred on June 9, 2009. At the direction of investigators, CS-1 made arrangements to meet Goldie at his 5271 Gobel Drive residence for the purpose of obtaining a sample of cocaine. After the meeting was arranged, CS-1 was provided with a body recorder and followed to 5271 Gobel Drive. During the meeting Goldie told CS-1 that "this (cocaine sample) is the last of it," and "it's about 4 grams". CS-1 asked Goldie if he/she (CS-1) could get more and Goldie responded that he had to go see him anyway. Goldie told CS-1 that it would take him about 45 minutes to go get it and bring it back. At the conclusion of the meeting, CS-1 was followed to a pre-determined meet location where investigators took possession of the body recorder and cocaine sample which field tested positive for cocaine.

5. After taking possession of the cocaine sample, CS-1 was directed to make a recorded consensual telephone call to Goldie to inquire about the price and the possibility of purchasing two ounces of cocaine at approximately 4:56 pm. During the conversation, Goldie told CS-1 that it would be "950" for each ounce. CS-1 asked Goldie how long it would take to get it. Goldie said he was walking out the door right now and would call CS-1 when he was coming back.

6. Approximately an hour later, Goldie contacted CS-1 and advised he was on his way back home. After being searched, CS-1 was provided with a body recorder and $1,900.00 in pre-recorded government funds for the purchase of two ounces of cocaine. CS-1 was then followed to 5271 Gobel Drive where he/she was observed entering the residence at approximately 6:56 pm. At the conclusion of the meeting, CS-1 was followed to the pre-arranged meeting location where investigators retrieved the body recorder and two ounces of cocaine from CS-1. The cocaine field tested positive for cocaine.

7. Based upon the probable cause set forth in this affidavit, affiant respectfully requests this Court issue an arrest warrant for Rashawn B. Russell, aka Goldie, for distribution of cocaine, in violation of 21 U.S.C. 841(a)(1) and (b)(1)(C).

_____
JOHN WEST
Task Force Officer FBI
DETECTIVE
Franklin County Sheriff's Office

Subscribed and sworn before me this 31st day of August, 2009.

_____
United States Magistrate

-3-